IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------------x
                                                          :
BRENDA JONES, Co-Administrator of the     :    3:12 CV 1297 (WWE)
Estate of John David Hortman, et al.            :
                                                          :
v.                                                      :
                                                          :
GOODRICH CORPORATION ET AL.         :    DATE: FEBRUARY 25, 2016
----------------------------------------------------------x

SUPPLEMENTAL SCHEDULING ORDER

On February 18, 2016, Senior U.S. District Judge Warren W. Eginton referred this file to this Magistrate Judge for discovery.  (Dkt. #198).  The procedural history of this lawsuit, particularly with regard to the taking of discovery, has been more than amply explained by counsel in their Joint Status Report, filed December 14, 2015 (Dkt. #192), Corrected Revised Rule 26(f) Report of Parties' Planning Meeting, filed January 13, 2016 (Dkt. #196), Defendants' Request for Rule 16 Conference, filed January 29, 2016 (Dkt. #197), and Plaintiffs' Response to Defendants' Request for Rule 16 Conference, filed February 19, 2016 (Dkt. #199).

Based upon the information provided in these four filings, the Magistrate Judge imposes the following deadlines:[1]

1.  Written discovery (addressed in Dkt. #196, at 2; Dkt. #197, at 2; Dkt. #199, at 2-3) – Any additional written discovery on matters as to which some discovery already has been taken shall be served **on or before March 31, 2016**.  With respect to any future discovery, all written discovery shall be served **on or before November 30, 2016**.

---

[1] The parties apparently agree regarding testing of the wreckage, so that no Court order is required. (Dkt. #192, at 6-7; Dkt. #199, at 2-3).

2. <u>Fact witnesses</u> (addressed in Dkt. #192, at 7; Dkt. #196, at 2) – The parties anticipate up to forty depositions will be required. As agreed by the parties, depositions of all fact witnesses will be completed **on or before January 20, 2017**.

3. <u>Expert witnesses</u> (addressed in Dkt. #196, at 3; Dkt. #197, at 1-2; Dkt. #199, at 1-2) – Unless counsel agree otherwise to expedite these deadlines, plaintiffs' expert reports shall be served **on or before January 20, 2017** and the depositions of such experts shall be completed **on or before March 17, 2017**. Defendants' expert reports shall be served **on or before March 31, 2017**, and the depositions of such experts shall be completed **on or before May 26, 2017**.

4. <u>Damages analysis</u> (addressed in Dkt. #196, at 3; Dkt. #197, at 3; Dkt. #199, at 3-4) – Unless counsel agree otherwise to expedite these deadlines, the deadlines for completing expert discovery regarding damages will be the same as set forth in ¶ 3 <u>supra</u>.

5. <u>Completion of discovery</u> – Unless counsel agree otherwise to expedite these deadlines, all discovery shall be completed **on or before May 26, 2017**.

6. <u>Dispositive Motions</u> (addressed in Dkt. #196, at 4) – Unless counsel agree otherwise to expedite these deadlines, all dispositive motions, including Motions for Judgment on the Pleadings and Motions for Summary Judgment, shall be filed **on or before August 31, 2017**.

7. <u>Joint Trial Memorandum</u> (addressed in Dkt. #196, at 4) – Within sixty days of all rulings on dispositive motions, the parties shall file a Joint Trial Memorandum, which contains at least the following: (a) a brief summary of the case; (b) proposed <u>voir dire</u>; (c) list of witnesses; (d) list of exhibits; (e) deposition designations and cross-designations; and

(f) proposed jury instructions and interrogatories for special verdict forms.   If no dispositive motions are filed, then the Joint Trial Memorandum shall be filed **on or before September 15, 2017**.

       8.  Trial Readiness (addressed in Dkt. #196, at 4) – The case will be trial ready fifteen days after the Joint Trial Memorandum has been filed.

       9.  Counsel should contact this Magistrate Judge's Chambers at such time as they believe a settlement conference would be productive.

       Dated at New Haven, Connecticut, this 25th day of February, 2016.

                                 /s/ Joan G. Margolis, USMJ  
                                   Joan Glazer Margolis  
                                   United States Magistrate Judge