UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRENDA JONES, et al.,  :
    Plaintiffs,  :
      :
v.  :  3:12-cv-01297-WWE
      :
GOODRICH CORPORATION, et al.,  :
    Defendants.  :

## **MEMORANDUM OF DECISION ON DEFENDANTS' DISCOVERY MOTIONS**

This case arises from the crash of an Army helicopter at Fort Benning, Georgia. Familiarity with the underlying factual background of the case is presumed.

Defendant GPECS argues that defendants cannot proceed to file dispositive motions without completion of expert discovery, which requires plaintiffs' experts, Bloomfield and Sommer, to produce their supplemental reports. Plaintiffs' experts, in turn, require a specification sheet and "acceptance test procedures" for the helicopter part at issue, the ("MVP"), before they can finish their supplemental reports. Plaintiffs' experts may also require documents relating to counterfeit microprocessors.

If necessary, the court will assist plaintiffs in obtaining the remaining MVP related documents. If there is discovery related dispute as to the relevance of counterfeit microprocessors, the parties shall submit concise papers on the issue. All motions related to these two matters shall be submitted by January 31, 2018. Regardless, plaintiffs shall proffer their supplemental reports no later than February 21, 2018.

The deadline for all discovery is March 30, 2018. Expert files must be produced 3 business days before deposition. Dispositive motions are due April 30, 2018.

The court is confident that the extension of the discovery deadline will allow the parties to agree upon a sensible schedule for expert depositions.

Dated this 19th day of January, 2018, at Bridgeport, Connecticut.

    /s/Warren W. Eginton
WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE